B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
Southern District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Alkema, Hollie Margo** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Alkema, Gregory Charles** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Keglovitz, Hollie Margo** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **8897** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4939** |
| Street Address of Debtor (No. and Street, City, and State): **3118 Kingston Court Unit 8B West Palm Beach, FL** ZIP CODE **33409** | Street Address of Joint Debtor (No. and Street, City, and State): **18627 Oriole Road Fort Myers, FL** ZIP CODE **33967** |
| County of Residence or of the Principal Place of Business: **Palm Beach** | County of Residence or of the Principal Place of Business: **Lee** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

09 APR 30 PM 2:47

FILED BY ____ DC

CLERK U.S. BANKRUPTCY CT.

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Alkema, Hollie Margo & Gregory Charles** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **none** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **not applicable** | Case Number: | Date Filed: |
| District: Southern District of Florida | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X **Peter W. Wildman, Esquire** 4/30/09<br>Signature of Attorney for Debtor(s) (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_______________________________
(Name of landlord that obtained judgment)

_______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) **Page 3**

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
**Alkema, Hollie Margo & Gregory Charles**

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Hollie Margo Alkema
Signature of Debtor **Hollie Margo Alkema**

X Gregory Charles Alkema
Signature of Joint Debtor **Gregory Charles Alkema**

Telephone Number (if not represented by attorney)

April 30, 2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney***

X Peter W. Wildman
Signature of Attorney for Debtor(s)
**Peter W. Wildman, Esquire**
Printed Name of Attorney for Debtor(s)
**Peter W. Wildman, Esquire**
Firm Name
**15239 110th Avenue North**
Address
**Jupiter, FL 33478-6818**

**(561) 575-5899**
Telephone Number
April 30, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X ______________________

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

FILED BY ____ D.C.
___ BY ____ D.C.

09 APR 30 PM 2:47

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
W.P.B. - OFFICE

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re **Alkema, Hollie Margo & Gregory Charles** Case No.____________
Debtor (*if known*)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: Hollie Margo Alkema
Hollie Margo Alkema

Date: April 30, 2009

FILED BY ________ DC
RECEIVED BY ________ DC

B 1D (Official Form 1, Exhibit D) (12/08)

09 APR 30 PM 2:47

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
W.P.B. - OFFICE

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re **Alkema, Hollie Margo & Gregory Charles** Case No.____________
Debtor *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: Gregory Charles Alkema

Date: April 29, 2009

Abacoa Physical Medicine
c/o IC System Inc
PO Box 64378
Saint Paul MN 55164

Greg V Alkema
2458 West Collier SE
Kentwood MI 49546

Lawrence and Lila Alkema
3040 Grenada Drive
Grand Rapids MI 49546

Ameripath Florida Inc
PO Box 404938
Atlanta GA 30384-4938

Ameripath Florida Inc
PO Box 830913
Birmingham AL 35283-0913

AmTrust Bank
FIA Card Services
PO Box 15713
Wilmington DE 19886-5713

AT&T
PO Box 105503
Atlanta GA 30348-5503

Baker College
1116 West Bristol Road
Flint MI 48507

Baker College
1050 West Bristol Road
Flint MI 48507-9987

Bally Total Fitness
12440 East Imperial Highway
#3
Norwalk CA 90650

Bally Total Fitness
300 East Joppa Road
Suite 600
Towson MD 21286

Bank of America
PO Box 15726
Wilmington DE 19886-5726

Bank of America
PO Box 17054
Wilmington DE 19884

Bank of America
4161 Piedmont Parkway
Greensboro NC 27410-8110

Bank of New York as Trustee
c/o Kass Shuler Solomon Spector
Foyle & Singer PA
PO Box 800
Tampa FL 33601

BMW Financial Services
5515 Parkcenter Circle
Dublin OH 43017-3584

Central Financial Control
PO Box 66051
Anaheim CA 92816

Central Financial Control
Box 830913
Birmingham AL 35283-0913

Central Financial Control
PO Box 66040
Anaheim CA 92816-6040

Central Financial
PO Box 14059
Orange CA 92863

CitiBank USA NA
Pencader Corp Center
110 Lake Drive
Newark DE 19702-3317

CitiFinancial
605 Munn Road East
Fort Mill SC 29715

CitiFinancial
4500 New Linden Hill Road
Wilmington DE 19808-2922

CitiFinancial Retail Services
PO Box 22060
Tempe AZ 85285-2060

CitiFinancial Retail Services
PO Box 183041
Columbus OH 43218-3041

CitiFinancial Retail Services
2035 West 4th Street
Tempe AZ 85281

CitiFinancial Retail
PO Box 499
Hanover MD 21076

CitiMortgage Inc
PO Box 6006
The Lakes NV 88901-6006

CitiMortgage Inc
PO Box 9438
Gaithersburg MD 20898

City of Palm Beach Gardens
PO Box 863950
Orlando FL 32886-3950

Comcast
PO Box 105184
Atlanta GA 30348-5184

Comcast
10435 Ironwood Road
Palm Beach Gardens FL 33410-4286

County of Palm Beach
Tax Collector
PO Box 3353
West Palm Beach FL 33402-3353

Countrywide Home Loans Inc
450 American Street
# SV416
Simi Valley CA 93065

Countrywide Home Loans
400 Countrywide Way
Simi Valley CA 93065-6298

Countrywide Home Loans Inc
c/o Law Office of Marshall C Watson
1800 NW 49 Street
Suite 120
Fort Lauderdale FL 33309

Countrywide Home Loans Inc
MS SV-79 Document Processing
PO Box 10423
Van Nuys CA 91410-0423

FBS Card Service
PO Box 9487
Minneapolis MN 55440-9487

Federal National Mortgage Association
400 Countrywide Way
Simi Valley CA 93062-6298

Federal National Mortgage Association
c/o Countrywide Home Loans Inc
7105 Corporate Drive
Plano TX 75024

Financial Services Vehicle Trust
5515 Parkcenter Circle
Dublin OH 43017

Florida Public Utilities
PO Box 3395
West Palm Beach FL 33402-3395

Florida Public Utilities
PO Box 7005
Marianna FL 32447-7005

Florida Power & Light Company
PO Box 025576
Miami FL 33102

Franklin Collection Service Inc
PO Box 2300
Tupelo MS 38803-2300

Gardens Radiology Associates P A
2112 South Congress Avenue
#205
West Palm Beach FL 33406

GEMB / Lowes
PO Box 981064
El Paso TX 79998

GEMB / LOWES
PO Box 981416
El Paso TX 79998

GEMB / LOWES
PO Box 981400
C811
El Paso TX 79998-1400

HFC
Member HSBC Group
PO Box 8873
Virginia Beach VA 23450-8873

HFC
Member HSBC Group
PO Box 10266
Virginia Beach VA 23450

HFC
Member HSBC Group
7260 West Atlantic Boulevard
Margate FL 33063

HFC
Member HSBC Group
PO Box 17574
Baltimore MD 21297-1574

HFC
PO Box 1547
Chesapeake VA 23327

HFC
Member HSBC Group
PO Box 4153
Carol Stream IL 60128

HFC
PO Box 8873
Virginia Beach VA 23450-9618

HFC
PO Box 8603
Elmhurst IL 60126

Household Credit Services
PO Box 98706
Las Vegas NV 89193-8706

Household Finance Corp
1421 Kristina Way
Chesapeake VA 23320-8917

HSBC Card Services
PO Box 5222
Carol Stream IL 60197-5222

HSBC Card Services
PO Box 81622
Salinas CA 93912-1622

HSBC Card Services
PO Box 80084
Salinas CA 93912-0084

HSBC Bank
PO Box 5253
Carol Stream IL 60197

HSBC
12447 SW 69th Avenue
Tigard OR 97223

IC System Inc
PO Box 64378
Saint Paul MN 55164

Indymac Bank
6900 Beatrice Drive
Kalamazoo MI 49009-9559

IndyMac Bank
PO Box 78956
Phoenix AZ 85062-8956

Indymac Bank Home Equity Division
PO Box 3038
Evansville IN 47739-3038

Indymac Bank F S B
155 North Lake Avenue
Pasadena CA 91101

INPHYNET Contracting Service Inc
PO Box 189016
Plantation FL 33318-9016

Lee Memorial Health System
PO Box 150107
Cape Coral FL 33915

Lee Memorial Health Systems ER
PO Box 2147
Fort Myers FL 33902-2147

Lowes
PO Box 530914
Atlanta GA 30353-0914

Lowes
PO Box 981064
El Paso TX 79998-1064

Macys
PO Box 6938
The Lakes NV 88901-6938

MACYS/DSNB
9111 Duke Boulevard
Mason OH 45040-8999

MINI Financial Services
Div of BMW Financial Services NA LLC
5515 Parkcenter Circle
Dublin OH 43017

Mortgage Electronic Registration Systems
Nominee - Citibank Federal Savings Bank
1200 South Pine Island Road
Plantation FL 33324

Mortgage Electronic Registration Systems
PO Box 2026
Flint MI 48501-2026

Musca Law Firm
2650 Airport Road South
Suite H
Naples FL 34112

Anna Pace
c/o Kathy Lorello
103 Arpeicka Lane
Jupiter FL 33458

Pinnacle Credit Services
7900 Highway 7
#100
Saint Louis Park MN 55426

Plantation Billing Center
PO Box 189016
Plantation FL 33318-9016

Providian Financial
PO Box 99607
Arlington TX 76096

Riverside National Bank
2810 South Federal Highway
Fort Pierce FL 34982

Riverside National Bank
2211 Okeechobee Road
Fort Pierce FL 34950-6552

Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444-1683

Sallie Mae
PO Box 9500
Wilkes Barre PA 18773

Sprint
PO Box 172408
Denver CO 80217-2408

Sterling Bank
1189 Hypoluxo Road
Lantana FL 33462

Tenet Palm Beach Gardens
Box 830913
Birmingham AL 35283-0913

Tenet Palm Beach Gardens
PO Box 740760
Atlanta GA 30374-0760

THD / CBSD
Home Depot
PO Box 6497
Sioux Falls SD 57117

U S Bank
PO Box 108
Saint Louis MO 63166

U S Bank
PO Box 790408
St Louis MO 63179-0408

U S Bank
9321 Olive Boulevard
Saint Louis MO 63132

U S Bank National Association
c/o Messerli & Kramer P A
3033 Campus Drive
Suite 250
Plymouth MN 55441-2662

U S Bank National Association ND
c/o Thomas L. Avrutis Esquire
Hodges Avrutis & Foeller P A
PO Box 4137
Sarasota FL 34230

WaMu
PO Box 660433
Dallas TX 75266-0433

WaMu
PO Box 660548
Dallas TX 75266-0548

WaMu
PO Box 10467
Greenville SC 29603

Washington Mutual Card Services
PO Box 660487
Dallas TX 75266-0487

Washington Mutual / Providian
PO Box 9180
Pleasanton CA 94566

Washington Mutual / Providian
PO Box 660509
Dallas TX 75266-0509

Robert and Nancy Welsch
8040 Winged Foot Drive
Fort Myers FL 33967

West Boca Medical Center
c/o Central Financial Control
PO Box 66040
Anaheim CA 92816-6040